# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BING LU, an individual; HOA TRI LUU, an individual; JNJKV ASSOCIATION, L.L.C., an Oklahoma limited liability company; and KVC ASSOCIATION, L.L.C., an Oklahoma limited liability company; LING LIANG, an individual; and STACY LU, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> PEACH STATE FINANCIAL GROUP, INC., a Delaware corporation duly registered in the State of Oklahoma, <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> SUSAN WHELCHEL, an individual, <br><br> Third-Party Defendant. | CIV-00-1322-R |

## O R D E R

Third-Party Defendant's motion for attorney fees is DENIED.

IT IS SO ORDERED this 3rd day of October, 2001.

_____
DAVID L. RUSSELL
CHIEF UNITED STATES DISTRICT JUDGE